THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
John Henry, Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2006-UP-058
Submitted January 1, 2006  Filed January 26, 2006

VACATED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Attorney General Derrick K. McFarland, and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  John Henry was convicted of murder, kidnapping, first-degree burglary, attempted armed robbery, and criminal conspiracy.  Henry appeals his sentence for kidnapping.  The State concedes.  We vacate Henrys sentence for kidnapping pursuant to the following authorities:  S.C. Code Ann. § 16-3-910 (2003) (stating the sentence for kidnapping); Owens v. State, 331 S.C. 582, 585, 503 S.E.2d 462, 464 (1998) (vacating a kidnapping sentence under section 16-3-910 as subsumed by a murder conviction and sentence).[1]
VACATED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1]        We decide this case without oral argument pursuant to Rule 215, SCACR.